IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In Re:

Laurita Huff Ploughman
SSN: xxx-xx-7607

Debtor.

Case No. 22-30154
Chapter 13

### Motion to Amend Chapter 13 Official Form 106C Exemption Elections

NOW COMES the above debtor, Laurita Huff Ploughman, who show unto the Court as follows:

1. On April 1, 2022, the debtor filed for relief under Chapter 13 of the United States Bankruptcy Code.

2. At the time of filing, the debtor claimed $14,968.36 for her homestead exemption as exempt pursuant to NCGS 1C-1601(a)(1).

3. Subsequently, the market value of the residence was found to be higher and debtor now proposes to amend her homestead exemption election pursuant to NCGS 1C-1601(a)(1) and her wild card exemption pursuant to NCGS 1C-1601(a)(2).

4. The debtor also proposes to exempt her First Citizens checking account which was inadvertently omitted in the amount of $270.77 under NCGS 1-362.

5. The debtor further proposes to amend her back alimony exemption to an amount reasonable and necessary pursuant to NCGS 1C-1601(a)(12).

6. A proposed amended Official Form 106C is attached hereto as Exhibit A and will be entered after the order is entered approving the motion to amend exemption elections.

7. Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), a schedule may be amended by the debtor as a matter of course at any time before the case is closed. The debtor proposes this amendment under good faith, absent concealment of property or prejudice to creditors.

WHEREFORE, the debtor prays that the Court:

1. Grants her to amend her homestead, wildcard, and alimony exemption.

2. That the debtor has such other and further relief as to the Court may deem just and proper.

Date: December 1, 2022

Marcus D. Crow, Attorney for Debtor
NC Bar No.: 27774
315-B N. Main Street, Monroe, NC 28112
Telephone: (704) 283-1175

"Exhibit A"

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Laurita<br>First Name | Huff<br>Middle Name | Ploughman<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: WESTERN DIST. OF NORTH CAROLINA | | | |
| Case number<br>(if known) | 22-30154 | | |

☑ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming?    *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>5416 WB Wilkerson Drive, Indian Trail, NC 28079<br>House and lot known as 5416 WB Wilkerson Drive, Indian Trail, NC 28079 owned by debtor in fee simple. Market value is $348,000.00.<br>Parcel: 07093372<br>(1st exemption claimed for this asset)<br>Line from *Schedule A/B*: 1.1 | $348,000.00 | ☑ $30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(1) |

3. Are you claiming a homestead exemption of more than $189,050?
    (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Official Form 106C              Schedule C: The Property You Claim as Exempt              page 1

Debtor 1   Laurita Huff Ploughman                                   Case number (if known)   22-30154

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>5416 WB Wilkerson Drive, Indian Trail, NC 28079<br>House and lot known as 5416 WB Wilkerson Drive, Indian Trail, NC 28079 owned by debtor in fee simple. Market value is $348,000.00.<br>Parcel: 07093372<br>(2nd exemption claimed for this asset)<br>Line from Schedule A/B: __1.1__ | $348,000.00 | ☑ $1,233.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(2) |
| Brief description:<br>2017 Mini Cooper Wagon 4D Clubman (AWD) (approx. 42,000 miles)<br>2017 Mini Cooper Wagon 4D Clubman (AWD), leather, power seat, over 42,000 miles. VIN# VMWLU1C54H2C41865. Market value is based on NADA clean retail value of $21,925.00.<br>(1st exemption claimed for this asset)<br>Line from Schedule A/B: __3.1__ | $21,925.00 | ☑ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(3) |
| Brief description:<br>2017 Mini Cooper Wagon 4D Clubman (AWD) (approx. 42,000 miles)<br>2017 Mini Cooper Wagon 4D Clubman (AWD), leather, power seat, over 42,000 miles. VIN# VMWLU1C54H2C41865. Market value is based on NADA clean retail value of $21,925.00.<br>(2nd exemption claimed for this asset)<br>Line from Schedule A/B: __3.1__ | $21,925.00 | ☑ $3,267.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(2) |
| Brief description:<br>2002 Lexus GS300 Sedan 4D (approx. 126,000 miles)<br>2002 Lexus GS300 Sedan 4D, over 126,000 miles. VIN# JT8BD695720153142. Not running and sitting for over 4 years. Vehicle has electrical issues, needs new brakes, and issues from sitting for 4 years. Repairs will cost over $2,000.00. Market value is based on debtor's self appraisal of $500.00.<br>Line from Schedule A/B: __3.2__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(2) |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 2

| Debtor 1 | Laurita Huff Ploughman | Case number (if known) | 22-30154 |
|---|---|---|---|

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Refrigerator, stove, microwave, dishwasher, washer and dryer, table and chairs ($1,000.00), dining room suite ($200.00), 2 bedroom suites ($300.00), piano ($300.00), riding lawnmower ($300.00)**<br>Line from Schedule A/B: __6__ | $2,100.00 | ☑ $2,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Brief description:<br>**2 televisions, laptop, tablet, cell phone ($400.00)**<br>Line from Schedule A/B: __7__ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Brief description:<br>**Clothes ($300.00)**<br>Line from Schedule A/B: __11__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Brief description:<br>**Costume jewelry ($300.00)**<br>Line from Schedule A/B: __12__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Brief description:<br>**Checking account at Capital One Bank (Acct# 1598) with $2,641.00**<br>Line from Schedule A/B: __17.1__ | $2,641.00 | ☑ $2,641.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1-362 |
| Brief description:<br>**Checking account at First Citizens Bank (Acct# 1323) with $270.77.**<br>Line from Schedule A/B: __17.2__ | $270.77 | ☑ $270.77<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1-362 |
| Brief description:<br>**Debtor has a 401(k) through her employment with Vision Service Plan with $400.00.**<br>Line from Schedule A/B: __21__ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Patterson v. Shumate |

Debtor 1    Laurita Huff Ploughman    Case number (if known) 22-30154

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Brief description:<br>Debtor is owed back alimony in the amount of $168,000.00. Debtor has not been able to collect any alimony since ex-husband lives in Nevada. Debtor has contacted attorneys in Nevada to collect this back alimony and there are no attorneys who are willing to take on this case on a contingency basis. Debtor's counsel has also inquired into the possibility of selling the debt and contacted John Palumbo from www.chapter7assets.com, who has concluded that the asset is "high risk and hard work" with 90% or higher chance of $0.00 recovery and he would offer no more than $1,000.00 for this asset. Debtor will immediately notify all parties of interest if claim ever becomes collectible so that a determination can be made of what amount is reasonable and necessary.<br>Line from Schedule A/B: 30 | $1,000.00 | ☑ $1,000.00<br>☑ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(12) |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In Re:

Laurita Huff Ploughman
SSN: xxx-xx-7607

Debtor.

Case No. 22-30154
Chapter 13

## NOTICE OF MOTION TO AMEND EXEMPTION ELECTIONS
### and NOTICE FOR OPPORTUNITY FOR HEARING
(No Protest Notice: Response required if opposed and hearing sought)

TAKE NOTICE that the debtor, Laurita Huff Ploughman, has filed a Motion to Amend her Exemption Elections. A copy of the motion is included with this Notice.

**Your rights may be affected.** **You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested in the document, or if you want the Court to consider your views on the motion and application, then on or before **fourteen (14) days from the date of this notice**, you or your attorney must do three (3) things:

1. **File with the Court a written response which explains your position. File the response at:**

   Office of the Clerk for the United States Bankruptcy Court
   401 West Trade Street
   Charlotte, NC 28202

   If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **fourteen (14)** days from the date of this notice.

2. **On or before the deadline stated above for written responses, you must also mail a copy of your written response to:**

   Marcus D. Crow
   315-B North Main Street
   Monroe, N.C. 28112

   Jenny P. Holman, Trustee
   5970 Fairview Road, Ste. 650
   Charlotte, NC 28210

3. Attend the hearing scheduled for January 10, 2023 at 2:00 p.m. in LTB Courtroom 2A, United States Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion and application and may enter an order granting the relief.

Date:   December 1, 2022

/s/ Marcus D. Crow
Marcus D. Crow
Attorney for Debtor
315-B North Main Street
Monroe, N.C.  28112
Telephone: (704) 283-1175
N.C. State Bar No.: 27774

### Certificate Of Service

This certifies that the foregoing and attached motion were served upon each of those persons shown below by depositing copies thereof in the United States Mail, First Class, postage prepaid, addressed to each of those persons at the address indicated for each on December 1, 2022.

Bankruptcy Administrator
(via electronic court service)

Jenny P. Holman, Trustee
Chapter 13 Trustee
(via electronic court service)

Laurita Ploughman
(via email service)

ALL INTERESTED PARTIES ON
ATTACHED COURT MATRIX

/s/ Marcus D. Crow
Marcus D. Crow, Attorney for Debtor

NC Dept. of Revenue
Bankruptcy Unit, Dept of Revenue
PO Box 1168
Raleigh, NC 27602-1168

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Overstock/Comenity Capital Bank
Bankruptcy Department
PO Box 183043
Columbus, OH 43218-3043

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PayPal/Synchrony Bank
Attn: Bankruptcy Dept
P.O. Box 965064
Orlando, FL 32896-5064

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

TJX Rewards/Synchrony Bank
Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

Tryon Medical Partners, LLC
5950 Fairview Rd
Charlotte, NC, 28210-3104

Tryon Medical Partners, PLLC
PO Box 14099
Belfast, ME 04915-4034

(p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812

Union County Tax Collector
P. O. Box 38
Monroe, NC 28111-0038

Wal-Mart/Capital One
Bankruptcy Department
PO Box 30281
Salt Lake City, UT 84130-0281

c/o James H. Henderson
2030 South Tryon Street, STE 3H
Charlotte, NC 28203-5290

Jenny P. Holman
Office of the Chapter 13 Trustee
5970 Fairview Rd
Suite 650
Charlotte, NC 28210-2100

Laurita Huff Ploughman
5416 WB Wilkerson Road
Indian Trail, NC 28079-3200
(via email service)

Marcus D Crow
The Crow Law Firm
315-B North Main Street
Monroe, NC 28112-4727

Mark Metzger
c/o James H. Henderson
2030 South Tryon Street
STE 3H
Charlotte, NC 28203-4956

Matthew H. Crow
The Crow Law Firm
315-B North Main Street
Monroe, NC 28112-4727

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

U.S. Department of Housing and Urban Develop
40 Marietta Street
Atlanta, GA 30303

(d)US Housing & Urban Development
451 Seventh Street SW
Washington, DC 20410

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 22-30154<br>Western District of North Carolina<br>Charlotte<br>Thu Dec  1 15:04:02 EST 2022 | Charlotte Division<br>401 West Trade Street<br>Charlotte, NC 28202-1633 | Affirm, Inc.<br>650 California Street, Floor 12<br>San Francisco, CA 94108-2716 |
| Ally Automotive Financing<br>Bankruptcy Department<br>PO Box 380901<br>Bloomington, MN 55438-0901 | Ally Bank<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank Department<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Amazon Card/Synchrony Bank<br>Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Atrium Healthcare System<br>Attn: Bankruptcy Accounts<br>PO Box 71108<br>Charlotte, NC  28272-1108 | Atrium Healthcare System<br>P.O. Box 32861<br>Charlotte, NC 28232-2861 | Belk/Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Best Buy / CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Best Buy / Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Home Depot Credit Services<br>PO Box 790328<br>Saint Louis, MO 63179-0328 | Home Depot/CBSD<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | James H. Henderson<br>2030 South Tryon Street, STE 3H<br>Charlotte, NC 28203-5290 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Klarma, Inc.<br>629 N. High Street, Suite 300<br>Columbus, OH 43215-2929 | LAKEVIEW LOAN SERVICING, LLC<br>c/o James Page<br>Bell Carrington Price & Gregg, LLC<br>339 Heyward Street, 2nd Floor<br>Columbia, SC 29201-4391 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club Corp.<br>595 Market Street, Suite 200<br>San Francisco, CA 94105-2802 | LendingClub Bank, NA<br>P.O. BOX 884268<br>Los Angeles, CA 90088-4268 |
| Loancare, LLC<br>3637 Sentara Way, Suite 303<br>Virginia Beach, VA 23452-4262 | Lowes/Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | Mark and Lisa Metzger<br>d/b/a Metzger Properties of Carolinas<br>c/o James W. Surane, PLLC<br>20460-3 Chartwell Center Drive<br>Cornelius, NC 28031-5254 |