FILED & JUDGMENT ENTERED
Steven T. Salata

December 21 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In Re:                                                                  Case No.   22-30154
                                                                              Chapter 13
Laurita Huff Ploughman
SSN: xxx-xx-7607
                              Debtor.
_____

**Order on Motion to Amend Exemption Elections**

THIS CAUSE coming on to be heard before the undersigned United States Bankruptcy Court Judge for the Western District of North Carolina and being heard upon the application by the debtor for approval of an amendment to her exemption elections and the debtor are being represented before the court by Marcus D. Crow, attorney at law;

AND IT APPEARING TO THE COURT upon consideration of this matter, that no objections having been timely filed or presented and that the Motion should be allowed.

IT IS THEREFORE, ORDERED as follows:

1. The debtor is hereby allowed to amend her exemption elections for her homestead, First Citizens Bank account, and back alimony.

This Order has been signed electronically.                United States Bankruptcy Court
The judge's signature and court's seal
appear at the top of the Order.